OSCAR W. MCEWEN, Respondent, *v.* BORDEN'S CON-
DENSED MILK COMPANY, Appellant.

*McEwen* v. *Borden's Condensed Milk Co.*, 154 App. Div. 185,
affirmed.
(Argued March 8, 1915; decided March 23, 1915.)

APPEAL from an order of the Appellate Division of
the Supreme Court in the second judicial department,
entered December 6, 1912, sustaining plaintiff's exceptions
to the dismissal of his complaint, ordered to be heard in
the first instance by the Appellate Division, and granting
a motion for a new trial in an action to recover for
personal injuries alleged to have been sustained by plain-
tiff through the negligence of defendant, his employer.

*Edgar T. Brackett, Thomas M. Rowlette* and *Thomas
C. Rogers* for appellant.

*John C. R. Taylor* for respondent.

Order affirmed and judgment absolute ordered against appellant on stipulation, with costs in all courts; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.